Maria Byczkiewicz *v.* Romuald Byczkiewicz
(2636)

Dupont, C.P.J., Borden and M. Hennessey, Js.

Argued March 8—decision released April 16, 1985

*John A. Barbieri,* with whom, on the brief, was *John V. Zisk,* for the appellant (defendant).

*Andre M. Kocay,* for the appellee (plaintiff).

Per Curiam. There is no error.